No. 338. ERNEST WILKINSON, PETITIONER, *v.* WILLIAM DUNLAP OWENS, ADMINISTRATOR, ETC. December 8, 1902. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Samuel Maddox* for the petitioner. *Mr. Clarence R. Wilson* for the respondent.

No. 460. MART H. ROYSTON, TRUSTEE, ET AL., PETITIONERS, *v.* ROBERT WEIS. December 8, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter Gresham* for the petitioners. *Mr. James B. Stubbs* for the respondent.

No. 461. LAWRENCE & CO. ET AL., PETITIONERS, *v.* ALBERT WEIS. December 8, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter Gresham* for the petitioners. *Mr. James B. Stubbs* for the respondent.

No. 495. AMERICAN SURETY COMPANY OF NEW YORK, PETITIONER, *v.* HENRY W. BALLMAN ET AL. December 8, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry C. Willcox, Mr. Eben Richards* and *Mr. Jarvis W. Mason* for the petitioner. *Mr. Clinton Rowell* and *Mr. Joseph S. Laurie* for the respondents.

No. 501. LANYON ZINC COMPANY ET AL., PETITIONERS, *v.* HORACE F. BROWN ET AL. December 8, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Albert H. Walker* for the petitioners. *Mr. Philip C. Dyrenforth* for the respondents.

No. 130. FRANK SEAMAN, PETITIONER, *v.* BERLINER GRAMOPHONE COMPANY. December 12, 1902. Petition for a writ of